UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA MARQUISE MYLES,<br><br>                Plaintiff,<br><br>v.<br><br>LT. FONO, et al.,<br><br>                Defendants. | Case No. 2:23-cv-02055-RFB-DJA<br><br>ORDER |

On September 30, 2024, the Court issued an order screening Plaintiff's complaint under 42 U.S.C. § 1983 and staying the case so that the parties could participate in the Court's Inmate Early Mediation Program. (ECF No. 4). However, the Court's order came back as undeliverable to Plaintiff at the last address that he provided to the Court. (ECF No. 6). Under Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1.

Therefore, IT IS HEREBY ORDERED that Plaintiff shall file his updated address with the Court on or before **November 11, 2024**. If Plaintiff does not file his updated address by that deadline, this case will be subject to dismissal without prejudice. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number.

DATED THIS 11th day of October 2024.

_____
UNITED STATES MAGISTRATE JUDGE