UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

JOSHUA MARQUISE MYLES,
   Plaintiff,

v.

LT. FONO, et al.,
   Defendants.

Case No. 2:23-cv-02055-RFB-DJA

## ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO REPORT AND RECOMMENDATION

Plaintiff Joshua Marquise Myles has filed a Motion for Extension of Time to File Objections to the Magistrate Judge's Report and Recommendation (ECF No. 36). Having considered the motion and the supporting Declaration, and noting that Defendants do not oppose the requested relief, the Court finds that good cause exists under Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule IA 6-1 to grant the requested extension.

IT IS HEREBY ORDERED that Plaintiff's Motion for Extension of Time is GRANTED.

IT IS FURTHER ORDERED that Plaintiff shall have up to and including February 3, 2026, to file objections to the Report and Recommendation (ECF No. 36).

IT IS SO ORDERED.

Dated: 1/8/2026

_____
DANIEL J. ALBREGTS
United States Magistrate Judge