**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

Joshua Marquise Miles,

Plaintiff,

v.

Lt. Fono, et al.,

Defendants.

Case No. 2:23-cv-02055-RFB-DJA

**Order**

Under 28 U.S.C. § 1915 Plaintiff is proceeding in this action *pro se* and *in forma pauperis* (meaning, without paying the filing fee). (ECF No. 21). Before the Court is *pro se* Plaintiff Joshua Marquise Myles's renewed motion for service of process. (ECF No. 75). Because Plaintiff has timely filed this renewed motion in compliance with the Court's prior order, the Court grants it.

**I. Discussion**

This is Plaintiff's second motion requesting that the United States Marshals Service ("USMS") attempt service on Defendants Moore and Striplin[1] (ECF No. 75). In a prior Minute Order, the Court held that it would not order service until the Nevada Office of the Attorney General ("OAG") filed the last-known addresses for the above-named Defendants and provided notice of doing so on the docket (ECF No. 71). Plaintiff was required to file a renewed motion for service once the OAG filed this information (*Id*.). The OAG has filed the last-known addresses for Defendants Moore and Striplin under seal (ECF No. 73) and subsequently provided notice on the docket (ECF No. 74). Plaintiff now requests that the USMS attempt service using those addresses (ECF No. 75).

[1] Plaintiff's first motion for service also requested that the USMS attempt service on Defendant Wood (ECF No. 68). However, the OAG accepted service on behalf of Defendant Wood on August 21, 2026 (ECF No. 72).

Because Plaintiff is proceeding *in forma pauperis*, he is entitled to rely on the United States Marshals Service ("USMS") for service on the Defendants. *See* Fed. R. Civ. P. 4(c)(3). In compliance with the Court's Minute Order (ECF No. 51), Plaintiff has requested that USMS attempt service on Defendants Moore and Striplin. (ECF No. 19). The Court will thus send Plaintiff copies of the form USM-285 and enter an order regarding service. Because the deadline for service under Federal Rule of Civil Procedure 4(m) is rapidly approaching on October 19, 2026, the Court further finds good cause to extend that deadline for thirty days.

**IT IS THEREFORE ORDERED** that the Clerk of Court is kindly directed to send the following to the USMS for service: (1) a copy of this order; (2) two copies of the complaint filed at ECF No. 57; (3) the summonses issued to Moore and Striplin at ECF No. 58; and (4) a copy of the under-seal addresses filed at ECF No. 73.

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to send Plaintiff a copy of this order and two blank copies of the Form USM-285.[2]

**IT IS FURTHER ORDERED** that Plaintiff shall have until **October 1, 2026,** to send the USMS the completed Forms USM-285. Plaintiff's USM-285 forms must indicate that the address for each respective Defendant was filed under seal.

**IT IS FURTHER ORDERED** that upon receipt of Plaintiff's USM-285 forms, the USMS is kindly directed to attempt service.

**IT IS FURTHER ORDERED** that, within twenty-one days after receiving a copy of the Form USM-285 back from the USMS showing whether service has been accomplished, Plaintiff must file a notice with the Court identifying whether the defendants were served. If Plaintiff wishes to have service again attempted on an unserved defendant, the Plaintiff must file a motion with the Court identifying the unserved defendant and specifying a more detailed name and/or address for said defendant or whether some other manner of service should be attempted.

---

[2] This form can also be found online at https://www.usmarshals.gov/resources/forms/usm-285-us-marshals-process-receipt-and-return.

**IT IS FURTHER ORDERED** that Plaintiff has until **November 18, 2026**, to accomplish service.

DATED: September 10, 2026

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE